# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 23-5087** | **September Term, 2022** |
| | 1:20-cv-02996-RCL |
| | Filed On: August 24, 2023 [2014058] |

Estate of Max D. Steinberg, By and through its Special Administrator Stuart Steinberg, et al.,

       Appellants

    v.

Republic of Sudan and United States of America,

       Appellees

## O R D E R

Upon consideration of the parties' joint motion to govern future proceedings, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case within 30 days of the issuance of this court's mandate in <u>Mark v. Republic of the Sudan</u>, No. 21-5250 (decided July 21, 2023).

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                                BY:    /s/
                                                  Catherine J. Lavender
                                                  Deputy Clerk