IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ESTATE OF MAX D. STEINBERG, et al.,

    Plaintiffs-Appellants,

    v.

REPUBLIC OF THE SUDAN,

    Defendant-Appellee,

UNITED STATES OF AMERICA,

    Appellee-Intervenor.

No. 23-5087

**CERTIFICATE OF COUNSEL
AS TO PARTIES, RULINGS, AND RELATED CASES**

**A. Parties and Amici.**

The plaintiffs-appellants are the Estate of Max D. Steinberg, Stuart Steinberg, Evie R. Steinberg, Paige P. Steinberg, Paige P. Steinberg, Jake R. Steinberg, the Estate of Judah Herzel Henkin, Anna Chana Henkin, Aderet Rivkah Henkin Stern, Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Taama Freida Henkin Yaakovson, the Estate of Ari Yoel Fuld, Miriam Fuld, N.S.F. by and through his Parent and Guardian Miriam Fuld, Naomi Fuld, Tamar Gila Fuld, Eliezer Yakir Fuld, Harvey Jonas, Yonah Fuld, Mary Alice Fuld, Daniel Yaakov Fuld, Eytan Fuld,

Hillel Chaim, Shlomo Fuld, Asher Goodman and Batsheva Goodman, Ephriam Rosenfeld, A.R. by and through Ephriam and Kineret Rosenfeld, B.R. by and through Ephriam and Kineret Rosenfeld, H.R. by and through Ephriam and Kineret Rosenfeld, Bracha Vaknin, S.M.V. by and through Bracha and Yosef Vaknin, E.V. by and through Bracha and Yosef Vaknin, M.V. by and through Bracha and Yosef Vaknin, S.R.V. by and through Bracha and Yosef Vaknin, and A.V. by and through Bracha and Yosef Vaknin.

The defendant-appellee is the Republic of the Sudan.

The intervenor-appellee is the United States of America.

There are no amici.

**B. Rulings Under Review.**

Plaintiffs-appellants seek review of the district court's order granting defendant-appellee the Republic of the Sudan's motion to dismiss the Plaintiffs' complaint. The complaint challenged the constitutionality of the Sudan Claims Resolution Act and the related Claims Settlement Agreement. The United States intervened to defend the constitutionality of the agreement and statute and to support dismissal. The district court concluded that the statute restored the Republic of the Sudan's sovereign immunity from this suit and rejected the constitutional claims. *See* Memorandum Opinion, *Steinberg v. Sudan*, No. 20-2996 (D.D.C. Mar. 29, 2023) (Lamberth, J.), ECF No. 39.

**C. Related Cases.**

Currently pending decision before this Court is *Mark v. Republic of the Sudan*, No. 21-5250, a case involving substantially similar legal issues and different parties. *Cf.* D.C. Circuit Rule 28(a)(1)(C). *See also* Mem. Op., *supra*, at 1 (characterizing *Mark* as involving "a similar complaint" and stating that the district court here reached "the same conclusion" as the district court in *Mark*).

Respectfully submitted,

SHARON SWINGLE
LEWIS S. YELIN

 /s/ Sonia Carson
SONIA CARSON
(202) 616-8209
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7241*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC  20530*

JUNE 2023

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Sonia Carson
Sonia Carson
Counsel for Appellee-Intervenor